IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MEDITREND INC.,

    Plaintiff,

v.                                           1:15-cv-1160-WPL/KK

LIBERTY MUTUAL INSURANCE COMPANY AND
COLORADO CASUALTY,

    Defendants.

## STIPULATED ORDER

THIS MATTER having come before the Court upon the parties' Stipulated Motion for Interlineation, and this Court having reviewed the Motion and noting the concurrence of counsel hereby grants the Motion for Interlineation and substitutes the currently named defendants with Defendant Ohio Security Insurance Company. All subsequent pleadings will refer to the Defendant as "Ohio Security Insurance Company".

    IT IS SO ORDERED

                                                               _/s/ William P. Lynch_____
                                                         HON. WILLIAM P. LYNCH
                                                         DISTRICT COURT JUDGE

**SUBMITTED BY:**

_/s/ Meena H. Allen_____
Meena H. Allen
Brian J. Spano
Jessica L. Fuller
*Attorney for Defendants*

_Approved by David Houliston_____
David Houliston
*Attorney for Plaintiff*