IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEDITREND INC.,

    Plaintiff,

v.       CV 15-1160 WPL/KK

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

### ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE

This matter is before the Court *sua sponte*. On April 28, 2016, I entered an Order scheduling a telephonic status conference for May 5, 2016, at 8:30 a.m. (Doc. 40.) Although defense counsel appeared for the status conference, Plaintiff's counsel did not do so. This was the second telephonic conference scheduled before me in this case, and the second time that Plaintiff's counsel failed to timely appear for such a conference. (*See* Doc. 29.)

IT IS THEREFORE ORDERED that a show-cause hearing and status conference is set for **May 11, 2016, at 9:00 a.m.**, in the **Hondo Courtroom** of the Pete V. Domenici United States Courthouse, **333 Lomas Blvd. NW, Albuquerque, New Mexico**. Plaintiff's counsel shall appear in person for this hearing. Defense counsel may appear in person, if they wish, or may appear by calling the Court's "meet-me" line at (505) 348-2356. It is recommended that a reliable long-distance carrier be used to ensure sound quality.

                                              William P. Lynch
                                              United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.