IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MEDITREND INC.,

    Plaintiff,

v.                                                                1:15-cv-1160-WPL/KK

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Meditrend Inc., and Defendant, Ohio Security Insurance Company, by and through their respective attorneys of record, respectfully move the Court for an Order dismissing the Complaint and any and all causes of action stated therein or which could have been stated therein filed by the Plaintiff against the Defendant with prejudice on the grounds that all matters in controversy by the Plaintiff against the Defendant has been fully resolved.

WHEREFORE, the parties pray for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein filed by the Plaintiff, Meditrend Inc. against Defendant, Ohio Security Insurance Company, with prejudice with each party to bear its own attorney's fees and costs.

    Respectfully Submitted,

    SIMONE, ROBERTS & WEISS, P.A.

    /s/ Meena H. Allen
    MEENA H. ALLEN
    1700 Louisiana Blvd., N.E., Suite 240
    Albuquerque, NM  87110
    (505) 298-9400
    mallen@srw-law.com

BRIAN J. SPANO
JESSICA L. FULLER
LEWIS ROCA ROTHGERBER CHRISTIE, LLP
1200 17th Street, Suite 3000
Denver, CO 80202
(303) 623-9000
*Attorneys for Defendants*

DAVID M. HOULISTON
LAW OFFICES OF DAVID M. HOULISTON
500 Tijeras NW
Albuquerque, NM 87102
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David M. Houliston
Law Offices of David M. Houliston
500 Tijeras NW
Albuquerque, NM 87102

/s/ Meena H. Allen
Meena H. Allen