# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MEDITREND, INC.,

    Plaintiff,

v.                                                  CV 15-1160 WPL/KK

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this cause is dismissed with prejudice.

_William P. Lynch_
**UNITED STATES MAGISTRATE JUDGE**